

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00878-CR
No. 04-14-00879-CR

Matthew Douglas **HAYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10841W
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion issued this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under Texas Rule of Appellate Procedure 20.1.

SIGNED June 10, 2015.

_____
Jason Pulliam, Justice